## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 1:19-cv-01865-LAK,
1:19-cv-01866-LAK, 1:19-cv-01871-LAK, 1:19-
cv-01873-LAK, 1:19-cv-01894-LAK, 1:19-cv-
01930-LAK, 1:19-cv-01893-LAK, 1:19-cv-01906,
1:19-cv-01911, 1:19-cv-01924-LAK, and 1:19-cv-
10713-LAK

Master Docket 18-md-02865 (LAK)
ECF Case

## <u>NOTICE OF APPEARANCE</u>

Please enter my appearance for Defendants John van Merkensteijn, III, Elizabeth van

Merkensteijn, Azalea Pension Plan, Basalt Ventures LLC Roth 401(K) Plan, Bernina Pension

Plan, Omineca Pension Plan, Starfish Capital Management LLC Roth 401(K) Plan, Tarvos

Pension Plan, Voojo Productions LLC Roth 401(K) Plan, Michelle Investments Pension Plan,

Remece Investments Pension Plan, and Xiphias LLC Pension Plan in the cases enumerated in the

caption.  I certify that I am admitted to practice before this Court and request that copies of all

future papers in these actions be served upon me at the address below.

Dated: September 13, 2021
    New York, New York

/s/  Daniel Cady Davidson
DANIEL CADY DAVIDSON
KOSTELANETZ & FINK, LLP
7 World Trade Center, 34th Fl.
New York, NY 10007
(212) 808-8100
ddavidson@kflaw.com
*Attorney for Defendants John van Merkensteijn,*
*III, Elizabeth van Merkensteijn, Azalea*
*Pension Plan, Basalt Ventures LLC Roth*
*401(K) Plan, Bernina Pension Plan, Omineca*

*Pension Plan, Starfish Capital Management LLC Roth 401(K) Plan, Tarvos Pension Plan, Voojo Productions LLC Roth 401(K) Plan, Michelle Investments Pension Plan, Remece Investments Pension Plan, and Xiphias LLC Pension Plan*