# Exhibit 146

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
                MASTER DOCKET 18-MD-2865(LAK)
                    CASE NO. 18-CV-09797
```

_____
                                      )
IN RE:                                )
                                      )
CUSTOMS AND TAX ADMINISTRATION OF     )
THE KINGDOM OF DENMARK                )
(SKATTEFORVALTNINGEN) TAX REFUND      )
SCHEME LITIGATION                     )
                                      )
_____)


REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

EXAMINATION OF

PETER WELLS

DATE: May 27, 2021




REPORTED BY:  MICHAEL FRIEDMAN, CCR

Peter Wells - May 27, 2021

Page 31

```
1        A    I recall that Michael Ben-Jacob was
2    the partner in charge of the project, and
3    that he had -- and that there had been
4    discussions that I do recall him being
5    involved in about beneficial ownership.
6        Q    And what do you recall generally
7    about the discussions with Mr. Ben-Jacob as
8    to whether the plan could accurately
9    represent that it was the beneficial owner?
10       A    I recall that it was an issue that
11   was being actively discussed.
12       Q    And do you recall the conclusion to
13   that discussion?
14       A    I don't recall specifically the
15   conclusion to that discussion.
16       Q    Do you recall generally what the
17   conclusion of that discussion was?
18       A    My recollection is generally the
19   conclusion was that -- that there was comfort
20   making that -- making that representation.
21       Q    Do you recall what the basis for
22   that conclusion was?
23       A    I do not recall.
24       Q    And do you recall what the comfort
25   was for the basis for making that
```

```
1       A    I don't recall.
2       Q    If you turn to Exhibit 3108?
3            MR. MAGUIRE:  Mark this as 3108.
4            (Whereupon the above mentioned was
5       marked for Identification.)
6       Q    Is this an e-mail you received from
7   Adam LaRosa on or about May 11 of 2013?
8       A    Yes, this looks like an e-mail from
9   Adam LaRosa to me on Saturday, May 11, 2013.
10      Q    The subject is "FBAR Reporting."
11           What is that?
12      A    FBAR is a Treasury reporting form.
13      Q    And did Kaye Scholer perform
14  services for the Argre group in connection
15  with FBAR reporting?
16           MR. DEWEY:  Objection.
17      A    Kaye Scholer generally provided
18  advice to clients about FBAR reporting.
19  Argre Management was one of the clients that
20  we -- that I recalled providing FBAR advice
21  to from time to time.
22      Q    In the e-mail, it says, "Peter, in
23  addition to the other e-mail I sent just now,
24  here is an example of an account that
25  actually did have cash in it."
```

Peter Wells - May 27, 2021

Page 45

1     excuse me.
2            It may have been the case that
3     FBARs were -- the thresholds for FBAR filings
4     may not have been met.  And so we were
5     providing a statement indicating that even if
6     it didn't technically meet the definition of
7     the threshold filings, we were filing anyway.
8        Q    So when you say "the threshold,"
9     there's -- the FBAR had a -- had sort of a
10    minimum amount that you had to have in your
11    account before you were required to submit an
12    FBAR.
13           Is that right?
14       A    Among other things, yes.
15       Q    And if the value of the account was
16    below that threshold, then there was no
17    requirement to file?
18       A    That is one of the requirements,
19    yes.
20       Q    And the purpose of this statement
21    was to explain that you were filing anyway
22    even though the value of the account was
23    below the -- that minimum threshold?
24       A    That's correct.
25       Q    If you could turn to Exhibit 2240?

Peter Wells - May 27, 2021

Page 59

```
 1     coming up with names for the entities.
 2          Q    If you turn to Exhibit 2188, is
 3     this an e-mail --
 4          A    Yeah.
 5          Q    -- that you received from Mr. Van
 6     Merkensteijn around June 19, 2014?
 7          A    Yes, it appears to be an e-mail
 8     from John Van Merkensteijn June 19, 2014.
 9          Q    If you go to the last page of the
10     exhibit, you'll see Mr. Van Merkensteijn
11     e-mails Amy Gregory.
12          A    (Witness reviewing.)
13               I see that e-mail, yes.
14          Q    Who is Amy Gregory?
15          A    She was a paralegal at
16     Kaye Scholer.
17          Q    Mr. Van Merkensteijn says, "Amy, I
18     think we left you with the task of coming up
19     with 30 dissimilar random names for LLC and
20     plans."
21               Do you see that?
22          A    I do.
23          Q    And then you respond on the prior
24     page.
25               Do you see that?
```

1      A    I do.
2      Q    You say, "John, as discussed, here
3   is our stab at 30 names for the LLCs," and
4   you list 30 names.
5           Right?
6      A    That's correct.
7      Q    And who came up with those names?
8      A    My recollection is that I came up
9   with a number of the names.
10     Q    Okay.  Who came up with the rest of
11  the names?
12     A    I don't recall.
13     Q    Did you come up with all of the
14  names?
15     A    I don't recall.
16     Q    How did you come up with the names?
17     A    I don't recall specifically how I
18  came up with the names, other than just
19  thinking of them.
20     Q    Was the process random?
21          MR. DEWEY:  Objection.
22     A    I don't know what you mean by
23  "random."
24     Q    Well, you see, Mr. Van Merkensteijn
25  referred to "coming up with 30 dissimilar

1        Q    Do you recall that SKAT paid the
2   reclaim agents, and then Acupay or Goal would
3   send the money on to the plan?
4        A    I don't recall that.
5        Q    Mr. Markowitz goes on to say, "The
6   savings account is solely for the plan, and
7   that's where its share of the profit goes."
8             Do you see that?
9        A    I do.
10       Q    So did you understand that each
11  plan had a trading account as nominee or
12  agent for the partnership and a checking
13  account as nominee or agent for the
14  partnership?
15            MR. DEWEY:  Objection.
16       A    I don't recall what I understood.
17       Q    If you could turn, sir, to
18  Exhibit 3115?
19            MR. MAGUIRE:  Mark this as 3115.
20            (Whereupon the above mentioned was
21       marked for Identification.)
22       Q    Is this an e-mail that you sent on
23  or about July 25, 2014?
24       A    It appears to be an e-mail I sent
25  to Richard Markowitz on July 25, 2014.

```
 1        Q    You'll see the subject is
 2   "Brokerage Services with Ballygate."
 3             What was Ballygate?
 4        A    I don't recall.
 5        Q    You say, "Richard, we have
 6   completed the draft Ballygate questionnaires
 7   for all the plans.  Attached is a sample for
 8   Cavus for your review."
 9             What was Cavus?
10        A    I believe Cavus was an LLC and
11   plan.
12        Q    You say, "Obviously, the
13   substantive questions were mirrored on the
14   Solo OPL."
15             Is "OPL" Old Park Lane?
16        A    I believe that is correct.
17        Q    And then attached we have the
18   "Ballygate Capital, Limited, Institutional
19   Customer, New Account" form.
20             Right?
21        A    Correct.
22        Q    And were all these new customers,
23   all the plans, were they signed up as
24   institutional customers?
25        A    I don't recall.
```

```
 1        Q    And you'll see Section A is the
 2   Cavus Systems LLC Roth 401(k) Plan as the
 3   customer?
 4        A    That's what the form says, yes.
 5        Q    And that's the -- that was the
 6   plan.
 7             Right?
 8        A    That's what the form says, yes,
 9   correct.
10        Q    So the plan was opening a customer
11   account with Ballygate, the broker.
12             Right?
13        A    I don't recall the specifics.
14        Q    But you see that this customer here
15   is Cavus Systems plan.
16             Right?
17        A    The form says they are the
18   customer, correct.
19        Q    And down at the bottom of this
20   page, it has the "Place of Business Address."
21             Right?
22        A    Correct.
23        Q    And the address is care of Cavus
24   Systems LLC, 425 Park Avenue.
25             What address is that?
```

```
 1        A    That was Kaye Scholer's address.
 2        Q    And was Kaye Scholer's address used
 3   for all of these plans?
 4        A    I don't recall if it was or wasn't.
 5        Q    Why was Kaye Scholer's address
 6   used?
 7        A    I think for administrative
 8   assistance, administrative use.
 9        Q    And then, how did Kaye Scholer
10   handle the mail to the plans at its office
11   address?
12        A    I don't recall.
13        Q    Did you get the mail?  Was it
14   routed to you?
15        A    I don't recall.
16        Q    Do you know who had access to the
17   mail for the plans that came in to
18   Kaye Scholer's offices?
19        A    I don't recall knowing one way or
20   the other.
21        Q    Now, if you turn to the page that's
22   Bates numbered 676, you'll see there's a box
23   around the middle of the page that says
24   "Source of Funds for Investments or Trading?"
25             It says, "Any contributions made by
```

```
 1     specific line of questioning?
 2          Q    Generally.
 3          A    I don't recall if I prepared any
 4     letters or forms of letters for them.
 5          Q    What about the letter -- the last
 6     letter, the RAK Investment Trust letter?
 7     Do you have any recollection of having any
 8     role in preparing that?
 9          A    I don't have any recollection
10     either way.
11          Q    If you could turn to Exhibit 3123?
12               MR. MAGUIRE:  Mark this as 3123.
13               (Whereupon the above mentioned was
14          marked for Identification.)
15          A    Okay.
16          Q    Is this an e-mail you received from
17     Mr. Markowitz on or about June 22?
18          A    (Witness reviewing.)
19               Yes, it appears to be a letter from
20     Routt Pension.com from June 22, 2015.
21          Q    And that's from Mr. Markowitz, is
22     your understanding.
23               Right?
24          A    I believe so, yes.
25          Q    And the subject is "Form SLT
```

```
 1     Holdings?"
 2         A    That's correct.  That's what the
 3     subject is.
 4         Q    What is -- what does that refer to?
 5         A    Form SLT was one of the Treasury
 6     forms.
 7         Q    And did you prepare any of those
 8     forms?
 9         A    My recollection is I worked
10     with -- in conjunction with others to prepare
11     those forms.
12         Q    And who are the people that you
13     worked in conjunction with?
14         A    So my recollection is, among
15     others, it would have been the principals and
16     employees of Argre, as well as Michael
17     Ben-Jacob, and some other associates at
18     Kaye Scholer.
19         Q    And after the establishment of
20     Maple Point and before you left Kaye Scholer
21     to go to -- to become employed at Maple Point
22     during that period of time when you were
23     still at Kaye Scholer, did you work on
24     any -- filing any forms with the Fed or the
25     Treasury?
```

```
 1              MR. DEWEY:  I'm sorry.  Can you --
 2       A     That confused me.  Can you give
 3   that to me again, please?
 4       Q     Yeah, just in terms of time frame,
 5   I'm asking you about the time when you were
 6   at Kaye Scholer.
 7       A     Yeah.
 8       Q     But at some point while you were
 9   still at Kaye Scholer, Maple Point was being
10   set up.
11              Correct?
12       A     That is correct.
13       Q     Now, you joined and became employed
14   by Maple Point after it had already been
15   operating for a while?
16       A     That's correct.
17       Q     So during the time that you were at
18   Kaye Scholer, did you work with anyone at
19   Maple Point in connection with any Fed or
20   Treasury forms or filings?
21       A     I don't recall.
22       Q     During the time you were at
23   Kaye Scholer, during this time -- we're
24   looking at Exhibit 3123 -- did you understand
25   that you needed this information from
```

1   Mr. Markowitz in order to prepare the
2   Form SLT holdings?
3         THE WITNESS:  I didn't catch the
4      end of his question.
5      Q    Let me start over.
6      A    Sure.
7      Q    Did you understand Mr. Markowitz
8   was providing this information in
9   Exhibit 3123 so you could prepare the
10  Form SLT?
11     A    I don't recall what I -- what my
12  understanding was at the time.  But
13  certainly, the information, I -- we needed
14  the information provided to us from the
15  clients in order to prepare the Form SLT.
16     Q    And if you turn to Exhibit 3122?
17        MR. MAGUIRE:  Mark this as 3122.
18        (Whereupon the above mentioned was
19     marked for Identification.)
20     Q    This is a Form SLT for the Avanix
21  Management LLC Roth 401(K) Plan?
22     A    Yes, that appears to be the case.
23     Q    And is this for the date as of
24  May 29, 2015?
25     A    Yes, that's what it appears to say.